UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AGNES WILLIAMS,

    Plaintiff(s),

v.      Case No. 23-cv-11229

WAL-MART STORES EAST, LP,      HON. MARK A. GOLDSMITH

    Defendant(s).
_____/

**ORDER STRIKING DOCUMENT (Dkt. 19 )**

The Court has reviewed the following document: __Defendant's Motion for Summary Judgment__ (Dkt. 19 ). The Court finds that it should be stricken for the following reason(s):

☐ Missing or insufficient statement of non-concurrence. See LR 7.1(a).

☐ Over-length. See LR 7.1(d)(3).

☐ Wrong font size. See LR 5.1(a)(3).

☐ Missing required information (e.g., concise statement of issues, controlling or most appropriate authority, etc.). See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). See LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the following reasons:
_____
_____
_____.

☑ Other: Missing local rule certification required by Order Regarding Protocols on Filings and Communication                                                                                           .

Accordingly, the Court strikes the document. __Defendant__ shall file a corrected document that complies with all requirements on or before __1/16/2024__.

SO ORDERED.

Dated: 1/11/2024
Detroit, Michigan

/s/ Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on __1/11/2024__.

Holly Ryan

Holly Ryan,
in the absence of Karri Sandusky
Case Manager